# **EXHIBIT 1**

| |
|---|
| Alicia Comeau vs. Bayer Corp, et al., 3:10-cv-11838-DRH-PMF |
| Erin Denney vs. Bayer Corp, et al., 3:10-CV-11839-DRH-PMF |
| Tracy Grove vs. Bayer Corp, et al., 3:10-CV-11840-DRH-PMF |
| Cindy Harrington vs. Bayer Corp, et al. 3:10-cv-11840-DRH-PMF |
| Carol Holmes vs. Bayer Corp, et al. 3:10-cv-11838-DRH-PMF |
| Jordyn Moss vs. Bayer Corp, et al. 11-12733-DRH-PMF |
| Judith Rocha vs. Bayer Corp, et al. 3:10-cv-11839-DRH-PMF |
| Charissa Robertson vs. Bayer Corp, et al. 3:10-cv-11842-DRH-PMF |
| Darla Rugel vs. Bayer Corp, et al., 3:10-cv-11839-DRH-PMF |
| Melody Smith vs. Bayer Corp,et al., 3:10-cv-11842-DRH-PMF |
| Cheryl Wooding vs. Bayer Corp, et al., 3:10-cv-11840-DRH-PMF |